(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
Jun 5 2017
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) JAIME RIANO-LOPEZ**

Defendant.

§
§ CASE NUMBER: **EP:17-M -01964(1)**
§
§
§
§

### JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Jaime Riano-Lopez, was represented by counsel, Victor Salas.

The defendant pled guilty to the complaint on June 5, 2017. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(2) | ATTEMPTED ILLEGAL ENTRY BY ELUDING AN IMMIGRATION OFFICER | May 24, 2017 |

As pronounced on June 5, 2017, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 5th day of June, 2017 .

ROBERT F. CASTAÑEDA
U.S. MAGISTRATE JUDGE